# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRANDON KOTANIEMI, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 2:25-cv-02403-APG-NJK

**Order**

[Docket No. 10]

Pending before the Court is a joint discovery plan.  Docket No. 10.

According to Local Rule 26-1(b)(1), the presumptively reasonable length for discovery is 180 days from the date the first defendant answered or otherwise appeared.  Further, "[d]iscovery periods longer than 180 days from the date the first defendant answers or appears will require special scheduling review."  Local Rule 26-1(b)(1).  Local Rule 26-1(a) states that a plan requesting longer deadlines "must state on its face 'SPECIAL SCHEDULING REVIEW REQUESTED'" and include, "a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree on the form or contents of the discovery plan, a statement of each party's position on each point in dispute."

The parties seek a discovery period of 360 days; however, the instant plan fails to state on its face "SPECIAL SCHEDULING REVIEW REQUESTED."  *See* Local Rule 26-1(a)-(b). Further, the parties submit that a discovery period double the presumptively reasonable length is warranted but fail to provide any reasons for this request.  *See* Docket No. 10; *see also* Local Rule 26-1(b)(1).

Accordingly, the joint discovery plan is **GRANTED** in part and **DENIED** in part, and the Court sets the presumptively reasonable deadlines as follows:

- Amend pleadings/ add parties:  May 12, 2026
- Initial experts: June 11, 2026

1

- Rebuttal experts:  July 13, 2026

- Discovery cutoff:  August 10, 2026

- Dispositive motions:  September 9, 2026

- Joint proposed pretrial order:  October 9, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: March 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2