**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brandon Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi; Steven Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi, | Case No. 2:25-cv-02403-APG-NJK |
| | **Order Granting Stipulation to Extend Time to File a Response to Complaint** |
| Plaintiffs, | |
| v. | **(First Request)** |
| The United States of America, a government entity; State of Nevada, *ex rel.* The Board of Regents of the Nevada System of Higher Education, on behalf of The University of Nevada, Las Vegas, a government entity DOE Individuals I-X, inclusive and ROE Corporations I-X, inclusive, | |
| Defendants. | |

Plaintiff's Brandon Kotaniemi, Steven Kotanieme,   Francisca and Defendant United States of America, though undersigned counsel, hereby stipulate to extend the time for the United States to file an Answer or otherwise respond to Plaintiff's Complaint to April 10, 2026. This is the first request for an extension of time.

This extension will allow counsel for Federal Defendant adequate time to receive and review any file materials or information from the client agency, the United States Air Force.

Respectfully submitted this 2nd day of April 2026.

THE POWELL LAW FIRM

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tom W. Stewart
TOM W. STEWART, ESQ.
Nevada Bar No. 14280
8918 Spanish Ridge Avenue,
Suite #100
Las Vegas, NV 89148
Attorney for Plaintiffs

/s/ James R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney

**IT IS SO ORDERED**
Dated: April 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2