**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brandon Kotaniemi,<br>Plaintiff(s),<br>v.<br>United States of America, et al.,<br>Defendant(s). | Case No. 2:25-cv-02403-APG-NJK<br>**Order**<br>[Docket No. 37] |

Pending before the Court is an unopposed motion to extend case management deadlines. Docket No. 41. As a threshold matter, the UMC parties must serve initial disclosures by October 27, 2026. In addition, the Court **SETS** this motion for a hearing at 2:00 p.m. on October 28, 2026, in Courtroom 3A.

IT IS SO ORDERED.

Dated: October 19, 2026

Nancy J. Koppe
United States Magistrate Judge